**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MACEDONIO APARICIO DEL ROSARIO,** | **:** | |
| *Petitioner,* | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | **No. 26-cv-1958** |
| | **:** | |
| **JOHN RIFE, in his official capacity as ICE** | **:** | |
| **Field Director,** *et al.***,** | **:** | |
| *Respondents.* | **:** | |

## <u>ORDER</u>

**AND NOW**, this **27th** day of **March 2026**, upon review of Petitioner's Motion to Enforce and for Immediate Release (ECF No. 4), and the docket, it is hereby **ORDERED** as follows:

1.  On or before **today, <u>March 27, 2026,</u> at 12:00 p.m. (noon)**, Respondents shall file a response indicating (1) the exact date and time to the minute that Petitioner was taken to the Federal Detention Center; and (2) the exact date and time to the minute that Petitioner was removed from the Federal Detention Center and transferred to Moshannon Valley Processing Center.

**All Counsel shall acknowledge receipt and full understanding of this Order by email to Chambers at chambers_of_judge_chad_f_kenney@paed.uscourts.gov by today, <u>March 27, 2026</u>, at 10:00 a.m.**

> **BY THE COURT:**
>
> **/s/ Chad F. Kenney**
> _____
> **CHAD F. KENNEY, JUDGE**