**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MACEDONIO APARICIO DEL ROSARIO,** | : | |
| *Petitioner,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 26-cv-1958** |
| | : | |
| **JOHN RIFE, in his official capacity as ICE** | : | |
| **Field Director,** *et al.*, | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **27th** day of **March 2026**, upon review of Petitioner's Motion to Enforce and for Immediate Release (ECF No. 4), Respondents' Letter dated March 27, 2026 (ECF No. 6), Petitioner's Motion to Withdraw his Motion to Enforce and for Immediate Release (ECF No. 7), and the docket, it is hereby **ORDERED** as follows:

1. Petitioner's Motion to Withdraw his Motion to Enforce and for Immediate Release (ECF No. 7) is **GRANTED**.  Petitioner's Motion to Enforce and for Immediate Release (ECF No. 4) is deemed withdrawn.

2. The Clerk of Court is **DIRECTED** to terminate Petitioner's Motion to Enforce and for Immediate Release (ECF No. 4).

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**