## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MACEDONIO APARICIO DEL ROSARIO,** | : | |
| *Petitioner,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 26-cv-1958** |
| | : | |
| **JOHN RIFE, in his official capacity as ICE** | : | |
| **Field Director,** *et al.*, | : | |
| *Respondents.* | : | |

### ORDER

**AND NOW**, this **1st** day of **April 2026**, upon consideration of Petitioner Macedonio Aparicio del Rosario's Petition for a Writ of Habeas Corpus (the "Petition") (ECF No. 1), Respondents' Letter dated April 1, 2026 (ECF No. 10), and the docket, it is hereby **ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. For the reasons stated in this District's prior cases, *see, e.g.*, Memorandum Opinion at 1–10, *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-cv-5488 (E.D. Pa. Nov. 18, 2025); Memorandum Opinion at 1–14, *Anirudh v. McShane*, No. 25-cv-6458 (E.D. Pa. Dec. 9, 2025); Memorandum Opinion at 1–5, *Rios Porras v. O'Neill*, No. 25-cv-6801 (E.D. Pa. Dec. 22, 2025), which Respondents concede are not materially distinguishable, *see* ECF No. 10 at 1, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. **Petitioner is a citizen of Mexico who has been in the United States since around 2009. ECF No. 1 ¶ 1. The record reflects that Petitioner's sole criminal conduct was a DUI from February 2025. *Id.* ¶¶ 27, 62. Agents of Immigration and Customs Enforcement arrested Petitioner while he was driving his children to**

**school and detained him without a bond hearing.** *Id.* **¶¶ 3, 6. Respondents do not contest these facts.** *See* **ECF No. 10.**

3. **Because Petitioner is being held in custody in violation of the laws and the Constitution of the United States, Respondents shall IMMEDIATELY RELEASE Petitioner from custody at the Federal Detention Center in Philadelphia**.

4. Respondents are **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest.

5. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **April 2, 2026 at 12:00 p.m. (noon)**.

6. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

2